No. 05–7899.  HORNE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–7900.  RAVELO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7904.  CRUZ-PAGAN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–7905.  EGENBERGER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7912.  BASS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–7913.  ARJON-SANDOVAL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7915.  MONROIG *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–7917.  WINGFIELD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7918.  WIGGINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7921.  RODRIGUEZ-BENAVIDES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7922.  SEARCY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7928.  SMITH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–7929.  CHINH TRONG NGUYEN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–7932.  MURGUIA-OLIVEROS, AKA OLIVEROS MURGUIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.